UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR0566 CDP/TCM |
| | ) | |
| AARON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

# REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion for Early Jenks Disclosure [Doc. 70] be **DENIED** as moot.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion for Severance from Other Defendants [Doc.72] be **DENIED** without prejudice to its reassertion at trial.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Statements [Doc.74] be **DENIED** as moot.

**IT IS FINALLY RECOMMENDED** that Defendant's Motion to Suppress Evidence [Doc.74] and Defendant's Motion for Bill of Particulars or in the Alternative Motion to Dismiss [Doc.75] both be **DENIED**.[1]

The parties are advised that they have eleven (11) days in which to file written

---

[1] As noted in the incorporated Memorandum, the undersigned declines to rule on Defendant's Motion to Bar or Limit Use of Co-Conspirators [Doc. 71] as that motion is more appropriately heard by the trial judge.

objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact. See **Griffini v. Mitchell**, 31 F.3d 690, 692 (8th Cir. 1994).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of January 2009.