UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:08CR566 CDP |
| | ) | |
| AARON WILLIAMS, | ) | |
| JANE HOLMES and | ) | |
| ALPHONSO HEMPHILL, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the jury trial in this matter as to defendants **Aaron Williams, Jane Holmes and Alphonso Hemphill** is set for **Monday, March 23, 2009 at 8:30 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2009.